UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
   -v-                                                                  :   16-CR-387-2 (JMF)
:
WILLIAM ROBLES,                                                         :   ORDER
:
                        Defendant.                                      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the Government's letter earlier today indicating that it does not waive the exhaustion requirement in 18 U.S.C. § 3582(c)(1)(A)(i), *see* ECF No. 412, Defendant William Robles's motion for compassionate release is DENIED without prejudice to renewal by appointed counsel after Robles has exhausted his administrative remedies.  *See United States v. Roberts*, No. 18-CR-528-5 (JMF), 2020 WL 1700032, at *2-3 (S.D.N.Y. Apr. 8, 2020).  The Clerk of Court is directed to terminate ECF No. 410.

       SO ORDERED.

Dated: June 4, 2020
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge