# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

February 11, 2021

BY ECF & EMAIL  
Hon. Jesse M. Furman  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

      Re:   *United States v. William Robles*  
             16 Cr. 387 (JMF)

Dear Judge Furman:

      I write on behalf of William Robles, currently incarcerated at FMC Devens, Massachusetts. I represented Mr. Robles in the above-referenced matter pursuant to Criminal Justice Act 18 U.S.C. §3006A, during his 2020 request for compassionate release. I filed the motion on June 30, 2020, requesting compassionate release for Mr. Robles. That motion was denied on July 17, 2020.

      I respectfully request CJA reappointment to submit a motion requesting reconsideration of the Court's denial of our request for compassionate release, as well as a motion requesting, in the alternative, a reduction to Mr. Garcia's sentence pursuant to *United States v. Brooker*, No. 19-3218, WL 5739712 (2d Cir. Sept. 25, 2020). Should the Court grant this request, I would ask that reappointment be ordered *nunc pro tunc* from January 1, 2021, as I have been in contact with Mr. Robles since the beginning of this year monitoring his medical situation and his conditions of confinement at FMC Devens.

      Thank you for your consideration of this request.

                                                          Respectfully Submitted,

                                                           *Ken Womble*

                                                            Ken Womble  
                                                            Zeman & Womble, LLP

Cc:  AUSA Jordan Estes

                             Application GRANTED. The Clerk of Court is directed to terminate Doc. #486. SO ORDERED.

                             *[Signature]*

                             February 11, 2021